**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GERARDO CARDENAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1917-J |
| | ) | |
| KELLI DAVIS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner, Gerardo Cardenas, a state prisoner proceeding pro se, brought this action pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 626(b)(1)(B),(C). *See* [Doc. No. 3]. Judge Stephens issued a Report and Recommendation [Doc. No. 9] recommending the Court dismiss the Petition without prejudice. Petitioner has filed a number of documents, *see* [Doc. Nos. 10-13], which the Court construes as objections to the Report and Recommendation, which triggers de novo review.

In the Report and Recommendation, Judge Stephens finds Petitioner has alleged no facts challenging the execution of his sentence and instead seeks to challenge his underlying conviction and sentence in a state court case which he does not identify. *See* Report and Recommendation at 2. Judge Stephens recommends dismissing Petitioner's Petition without prejudice for failure to state a § 2241 claim upon which relief can be granted. In his objections, Petitioner continues to assert arguments that are properly brought through a petition under 28 U.S.C. § 2254 and does not address the basis for dismissal set forth in the Report and Recommendation. Having reviewed this matter de novo, the Court concludes Petitioner's Petition should be dismissed without prejudice for failure to state a § 2241 claim upon which relief can be granted.

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 9] and DISMISSES the Petition for Writ of Habeas Corpus [Doc. No. 1] without prejudice. A certificate of appealability is DENIED, as the Court concludes Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 8th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE